UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORA GOUDY,

          Plaintiff,

                                  Case Number 18-11759

v.                                  Honorable David M. Lawson

CREDIT ACCEPTANCE CORPORATION,

          Defendant.

_____/

## ORDER OF REFERENCE TO BINDING ARBITRATION
## AND ADMINISTRATIVELY CLOSING CASE

The parties have filed a stipulation to resolve the pending case through binding arbitration, under the conditions and procedures set out in that stipulation [dkt. #5]. The Court, therefore, will close the case and permit any party to move to reopen it to confirm or challenge the arbitration award and seek judgment on it.

Accordingly, it is **ORDERED** that the parties shall engage in binding arbitration under the conditions and procedures set out in their stipulation. Arbitration shall be completed **on or before September 7, 2018**.

It is further **ORDERED** that the parties must notify the court when arbitration has been completed.

It is further **ORDERED** that any party thereafter may move to reopen the case to enforce or challenge the arbitration award as permitted by law and seek judgment thereon.

It is further **ORDERED** that the clerk shall **ADMINISTRATIVELY CLOSE** the case for statistical purposes. The closure shall not be considered an adjudication on the merits.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: July 5, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 6, 2018.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI